Mary C. **HULSEY**, Employee/Respondent,

v.

**KASCO CORPORATION** and National Union Fire Insurance Company, Employer/Insurer/Appellant.

No. 65533.

Missouri Court of Appeals,
Eastern District,
Division Two.

Nov. 1, 1994.

Robert N. Hendershot, Evans & Dixon, St. Louis, for appellant.

Marjorie Carter, Susan K. Roach, Law Offices of Susan K. Roach, Chesterfield, for respondent.

218

Before SMITH, P.J., and PUDLOWSKI and WHITE, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Employer/insurer appeals from an award of the Labor and Industrial Commission in favor of the employee in a workers compensation case. The order of the Commission is supported by competent and substantial evidence on the whole record. No error of law appears. An opinion would have no precedential value. Judgment affirmed pursuant to Rule 84.16(b).